1  Craig J. Mariam (SBN 225280)
   cmariam@gordonrees.com
2  Hazel Mae B. Pangan (SBN 272657)
   hpangan@gordonrees.com
3  Kathryn A. Lafferty (SBN 299694)
   klafferty@gordonrees.com
4  GORDON & REES LLP
   633 W. 5th Street, 52nd Floor
5  Los Angeles, CA  90071
   Telephone:  (213) 576-5000
6  Facsimile:   (877) 306-0043

7  Attorneys for plaintiff mophie inc.

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE CENTRAL DISTRICT OF CALIFORNIA

10 | MOPHIE INC., a California | ) Case No.: 8:15-cv-1938
   | corporation, | )
11 |  | ) **COMPLAINT FOR COPYRIGHT**
   | Plaintiff, | ) **INFRINGEMENT (17 U.S.C. § 501)**
12 |  | )
13 | vs. | ) **DEMAND FOR JURY TRIAL**
   |  | )
14 | ABM WIRELESS, INC. d/b/a | )
   | MOBILEISTIC, a New York | )
15 | corporation, | )
   |  | )
16 | Defendant. | )

-1-
COMPLAINT
Case No.: 8:15-cv-1938

Plaintiff mophie inc. ("mophie"), by and through its undersigned counsel, hereby brings this complaint against defendant ABM Wireless, Inc. d/b/a Mobileistic ("ABM") and alleges as follows:

## JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

2. This Court has personal jurisdiction over defendant ABM because ABM has purposefully availed itself of the benefits of doing business in this judicial district and regularly does business in this judicial district. Upon information and belief, ABM also has an office within this district at 905 Columbia St. in Brea, California 92821.

3. Venue is proper within this judicial district under 28 U.S.C. §§ 1391(b)-(c), 1400 (a).

## RELATED CASE

4. There exists a potentially related case to this matter, *mophie inc. v. ABM Wireless, Inc.*, Case No. 8:14-cv-01422-JLS-RNB (C.D. Cal. filed Sept. 5, 2014).

## PARTIES

5. mophie is a corporation organized and existing under the laws of the State of California, having its principal place of business at 15101 Red Hill Avenue, Tustin, California 92780.

6. mophie is informed and believes, and thereon alleges, that ABM Wireless, Inc. d/b/a Mobileistic is a corporation organized and existing under the laws of the State of New York, having its principal place of business at 205 Marcus Blvd., Hauppauge, New York 11788 and an additional office at 905 Columbia St., Brea, California 92821.

/ / /

/ / /

## GENERAL ALLEGATIONS

7. mophie is a manufacturer of various innovative products in the consumer electronics area. These products include several protective battery case designs for the iPhone sold by Apple, Inc. and other smartphones, which provide both a protective case and a portable backup battery source that can recharge the phone if its internal battery is drained of power.

8. mophie offers, sells and/or distributes goods through four main channels of trade, including but not limited to: (1) distributor-based sales (e.g., Superior and Tessco); (2) direct to consumer through mophie's website, www.mophie.com; (3) direct to retailer (e.g., AT&T and Verizon retailers); (4) business-to-business sales.

9. mophie and/or its predecessor in interest has sold these goods under the name "mophie" and the logo of the letter "m" in a shaded circle since at least as early as August 1, 2005.

10. mophie offers, sells and/or distributes its carrying, protective, and charging case named the mophie "juice pack" in several variations for compatibility with the iPhone sold by Apple, Inc. and other smartphones.

## MOPHIE'S COPYRIGHTS

11. mophie is the exclusive owner of copyrights that are the subject of several U.S. copyright registrations and pending registration applications, to protect proprietary and original images of mophie's products, including without limitation, images of mophie's carrying and protective cases for mobile electronic devices and audio devices, all of which were taken by or are the creation of mophie. The aforementioned images are referred to collectively hereinafter as the "Copyrighted Images." Attached hereto as **Exhibit 1** is a true and correct copy of the copyright registration certificate, Registration No. VA0001959238, issued by the United States Copyright Office, for the Copyrighted Images. Attached hereto

1  as **Exhibit 2** are true and correct copies of the webpages illustrating the infringing
2  conduct.
3      12.    mophie has promoted and sold its products through the use of the
4  Copyrighted Images in print and digital advertisements, online retail websites, and
5  other media prior to the acts complained of herein.
6      13.    In or around April 2015, mophie discovered that ABM, without
7  authorization from mophie, was using mophie's Copyrighted Images, which were
8  reproduced and displayed on ABM's website at the addresses listed below,
9  including without limitation, images of mophie's carrying and protective cases for
10 cellular phones, in its sales and marketing materials on the ABM website offering
11 the mophie juice pack products for sale at:

- http://mobileistic.com/mophie-iphone-6-juice-pack-plus-charging-case-white-4588d.html; and
- http://mobileistic.com/mophie-iphone-6-juice-pack-air-charging-case-black-4592d.html.

16     14.    These images were created in or around 2014, and are the subject of
17 mophie's copyright registration number VA0001959238.  A copy of the
18 registration certificate is attached hereto as **Exhibit 1**.
19     15.    On information and belief, and without mophie's authorization, ABM
20 reproduced and distributed additional copies of mophie's Copyrighted Images to
21 existing and potential customers in nationwide markets, including mophie's
22 existing and potential customers located nationwide, through its posting of its sales
23 and marketing materials on its website.  ABM's unlawful production, distribution,
24 reproduction and public display of the Copyrighted Images continues to this day.

## CLAIM FOR RELIEF
### (Copyright Infringement)

27     16.    mophie repeats and realleges Paragraphs 1 through 15 and
28 incorporates them by references as if fully set forth herein.

17. mophie is the exclusive owner of the Copyrighted Images and their underlying copyrights, which are the subject of U.S. copyright registrations and pending registration applications, for the protection of the pictorial and graphic images of mophie's products, including without limitation, images of mophie's carrying and protective cases for mobile electronic devices and audio devices, all of which were taken by or are the creation of mophie.

18. mophie's Copyrighted Images contain a large amount of material wholly original with mophie, which material is copyrightable subject matter under the laws of the United States pursuant to 17 U.S.C. § 102(a)(5) of the Copyright Act.

19. mophie has complied in all respects with the provisions of the laws governing copyright, pursuant to 17 U.S.C. §§ 101, *et. seq.* of the Copyright Act.

20. mophie has promoted and sold its products through the use of the Copyrighted Images in print and digital advertisements, online retail websites, and other media prior to the acts complained of herein.  Moreover, because the Copyrighted Images are the subject of a valid and duly issued copyright registration, ABM has been provided constructive notice of the copyrights underlying the Copyrighted Images.

21. Pursuant to 17 U.S.C. § 106 of the Copyright Act, mophie, as owner of the Copyrighted Images, possesses exclusive rights in the Copyrighted Images.

22. Notwithstanding mophie's valid copyrights, in or around April 2015, mophie discovered that ABM, without authorization from mophie, was using mophie's Copyrighted Images, which were reproduced and displayed on ABM's website at the addresses listed below, including without limitation, images of mophie's carrying and protective cases for cellular phones, in its sales and marketing materials on the ABM website offering the mophie juice pack products for sale at:

///

1  - http://mobileistic.com/mophie-iphone-6-juice-pack-plus-charging-case-
2    white-4588d.html; and
3  - http://mobileistic.com/mophie-iphone-6-juice-pack-air-charging-case-black-
4    4592d.html.

5  23.  These images were created in or around 2014, and are the subject of
6  copyright registration number VA0001959238.  A copy of the registration
7  certificate is attached hereto as **Exhibit 1**.

8  24.  On information and belief, and without mophie's authorization, ABM
9  reproduced and distributed additional copies of mophie's Copyrighted Images to
10 existing and potential customers in nationwide markets, including mophie's
11 existing and potential customers located nationwide, through, *inter alia*, its posting
12 of its sales and marketing materials on its website.  ABM's unlawful production,
13 distribution, reproduction and public display of the Copyrighted Images continues
14 to this day.

15 25.  Thus, without authorization from mophie, ABM and/or its agents have
16 unlawfully copied, reproduced, distributed, and publicly displayed mophie's
17 Copyrighted Images, which have been incorporated in ABM's sales and marketing
18 materials and on public display through its website.

19 26.  On *at least* April 14, 2015, mophie demanded that ABM remove the
20 subject Copyrighted Images from its website(s) and product(s), and put ABM on
21 further notice of the instant impending action.  ABM ignored mophie's requests
22 and intentionally continued the subject infringing acts.

23 27.  ABM's acts constitute infringement of mophie's copyrights in
24 violation of the Copyright Act, 17 U.S.C. § 501.

25 28.  A substantial similarity, as determined by the ordinary observer, exists
26 between mophie's Copyrighted Images and the unauthorized copies of the images
27 displayed, distributed, and reproduced by ABM on its website and to third parties
28

as alleged herein, because the unauthorized copies are identical to mophie's Copyrighted Images.

29. ABM's actions have diverted mophie's trade, and caused mophie to lose profits. As a result of the foregoing, mophie has been damaged in an amount to be proven, and ABM has been unjustly enriched in an amount to be proven. In addition, as a result of ABM's unlawful acts, mophie has suffered and will continue to suffer irreparable harm, and mophie has no adequate remedy at law with respect to this injury. Unless the acts of copyright infringement are enjoined by this Court, mophie will continue to suffer irreparable harm. mophie is also entitled to disgorgement of profits, attorneys' fees, statutory damages, and the costs of this action.

30. On information and belief, ABM's actions have been undertaken with full knowledge and/or reckless disregard that said actions violated mophie's copyrights, notice of which was expressly and constructively provided. ABM's copyright infringement was thereby and therefore intentional and/or willful.

## **PRAYER FOR RELIEF**

WHEREFORE, mophie prays for judgment as follows:

A. A permanent injunction enjoining and restraining ABM and its respective agents, servants, employees, successors and assigns, and all other persons acting in concert or conspiracy with ABM or affiliated with ABM, from:

(a) Copying, reproducing, distributing, displaying or using any unauthorized copies of mophie's Copyrighted Images;

(b) Otherwise infringing mophie's Copyrighted Images;

(c) Offering, selling and/or distributing mophie products, including but not limited to the mophie juice pack, through ABM's website, www.mobileistic.com, or through any other unauthorized ABM medium of advertising or distribution.

///

1  B. That mophie be awarded for ABM's copyright infringement actual damages in an amount to be determined at trial, together with the profits derived from ABM's unlawful infringement of mophie's Copyrighted Images. Alternatively, and upon mophie's election, for statutory damages based upon ABM's acts of infringement and willful infringement, pursuant to the Copyright Act, 17 U.S.C. §§ 101, *et. seq.*, in an amount up to $150,000 with respect to each copyrighted work infringed, or for such other amount as may be proper pursuant to 17 U.S.C. § 504(c);

C. That the Court order ABM to pay restitution and/or disgorgement;

D. That, because of the exceptional nature (including the reckless disregard of mophie's Copyrighted Images) of this case, the Court award mophie all reasonable attorneys' fees, costs and disbursements incurred as a result of this action; and

E. For such other and further relief as this Court may deem just and proper.

Respectfully submitted,

GORDON & REES LLP

Dated: November 19, 2015

By: /s/ Craig J. Mariam
Craig J. Mariam
Hazel Mae B. Pangan
Kathryn A. Lafferty
Attorneys for
plaintiff mophie inc.

-8-
COMPLAINT
Case No.: 15-cv-1938

# DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure Plaintiff mophie inc. hereby demands a jury trial on all issues so triable.

Respectfully submitted,

GORDON & REES LLP

Dated: November 19, 2015

By: /s/ Craig J. Mariam
Craig J. Mariam
Hazel Mae B. Pangan
Kathryn A. Lafferty
Attorneys for
plaintiff mophie inc.